1

2

3

4               UNITED STATES DISTRICT COURT

5              NORTHERN DISTRICT OF CALIFORNIA

6

7   JANE DOE #1,                              Case No. 25-cv-02120-EKL

                   Plaintiff,
8
                                             **ORDER TO SHOW CAUSE**
          v.
9

10  PALO ALTO UNIFIED SCHOOL
    DISTRICT, et al.,
11
                   Defendants.
12

13         On February 28, 2025, Plaintiff filed the complaint in this case.  *See* ECF No. 1.  Under

14  Federal Rule of Civil Procedure 4(m), Plaintiff had 90 days from the date the complaint was filed

15  to serve Defendants.  That period expired on May 29, 2025.  As of the date of this Order, Plaintiff

16  has failed to file proof of service for Defendant Chelsea Tibbs.  Moreover, the parties' joint case

17  management statement indicates that Tibbs "has not yet submitted a waiver to service of process

18  or otherwise been served."  ECF No. 17 at 1.

19         Accordingly, Plaintiff is hereby ORDERED TO SHOW CAUSE, in writing and no later

20  than June 20, 2025, why her claims against Tibbs should not be dismissed without prejudice for

21  lack of timely service.

22         **IT IS SO ORDERED.**

23  Dated: May 30, 2025

24

25
                                             _____
26                                           Eumi K. Lee
                                             United States District Judge
27

28

United States District Court
Northern District of California