

DAVID S. MCMONIGLE, Bar No. 258980
ABIGAIL W. HENDERSON, Bar No. 338358
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, California 94104
Telephone:    (415) 397-2222
Facsimile:    (415) 397-6392
Email:         dmcmonigle@longlevit.com
              ahenderson@longlevit.com

Attorneys for Defendant,
CHELSEA TIBBS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE #1, a minor, by and through her guardian ad litem, JANE DOE #2,<br><br>　　Plaintiff,<br><br>　　v.<br><br>PALO ALTO UNIFIED SCHOOL DISTRICT; ELSA CHEN, in her individual capacity; ROBERT ANDRADE, in his individual capacity; DON AUSTIN, in his individual capacity; AVERY OLESEN, in her individual capacity; RONI KRAFT, in her individual capacity; MONICA LYNCH, in her individual capacity; KELLY WHITNEY, in her individual capacity; ASHLEY HULL, in her individual capacity; CHELSEA TIBBS, in her individual capacity; and DOES 1-20, in their individual capacities,<br><br>　　Defendants. | Case No. 5:25-cv-02120-EKL<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT CHELSEA TIBBS TO RESPOND TO PLAINTIFFS' COMPLAINT (L.R. 6-1(A))**<br><br>Action Filed:     February 28, 2025 |

Pursuant to Civil Local Rule 6-1(a), Plaintiffs JANE DOE #1, a minor, by and through her guardian ad litem, JANE DOE #2 (collectively, "Plaintiffs"), on the one hand, and Defendant CHELSEA TIBBS ("Defendant") on the other hand, by and through their counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs filed the instant action on February 28, 2025;

WHEREAS, Defendant filed a Waiver of the Service of Summons on May 30, 2025;

1     WHEREAS, Defendant's deadline to respond to the Complaint is June 23, 2025;

2     WHEREAS, Plaintiffs and Defendant met and conferred through counsel and agreed to

3 extend Defendant's time to respond to the Complaint to July 8, 2025, and Plaintiff's time to

4 respond to any motion to dismiss until 21 days after Defendant files such a motion;

5     WHEREAS, good cause exists for this extension as Defendant has only recently retained

6 counsel to represent it in the instant action, and its counsel needs additional time to obtain

7 Defendant's file and to review Plaintiff's allegations;

8     WHEREAS, an extension for Defendant to respond to Plaintiffs' Complaint will not alter

9 the date of any event or deadline already fixed by Court order;

10     NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto

11 through their respective attorneys that Defendant shall respond to Plaintiffs' Complaint by July 8,

12 2025, and Plaintiff shall respond to any motion to dismiss within 21 days after the motion.

Respectfully submitted,

Dated: June 20, 2025          LONG & LEVIT LLP

_____
DAVID S. MCMONIGLE
ABIGAIL W. HENDERSON
Attorneys for Defendant
CHELSEA TIBBS

Dated: June 20, 2025          LAW OFFICE OF AARON ZISSER

/s/
_____
AARON B. ZISSER
Attorneys for Plaintiffs JANE DOE #1, a minor, by and through her
guardian ad litem, JANE DOE #2

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, David S. McMonigle, hereby attest that each of the other signatories have concurred in the filing of this document and have consented to the application of their electronic signature to this document, which shall serve in lieu of their holographic signature on the document. I declare under the penalty of perjury under the laws of the United States of American that the foregoing is true and correct.

Executed June 20, 2025, at San Francisco California.

Dated:  June 20, 2025                    LONG & LEVIT LLP

_____
DAVID S. MCMONIGLE
ABIGAIL W. HENDERSON
Attorneys for Defendant
CHELSEA TIBBS

LONG & LEVIT LLP
465 CALIFORNIA STREET
5TH FLOOR
SAN FRANCISCO
CALIFORNIA 94104

3                                   Case No. 5:25-cv-02120-EKL
STIPULATION TO EXTEND TIME FOR DEFENDANT CHELSEA TIBBS TO RESPOND TO PLAINTIFFS' COMPLAINT (L.R. 6-1(A))
4872-1972-6445, v. 1